IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, DAVID FOTI *ex rel.*, and STATE OF NEW MEXICO, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-3209 |
| BP, P.L.C., *et al.*, | § § § | |
| Defendants. | § | |

# ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 19), this action is dismissed without prejudice.

SIGNED on July 3, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge